UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Crim. No. 5:23-cr-00007-GFVT-MAS |
| v. | ) ) | |
| JADALLAH MAHMOUD OMRAN, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 54.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 2. Neither party objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Jadallah Mahmoud Omran knowingly and competently pled guilty to the Counts 1 and 2 and that an adequate factual basis supports the plea as to each of those counts. He also consented to forfeiture of the property listed in the forfeiture allegation of the Indictment. *Id.* at 1. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea [R. 54] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Jadallah Mahmoud Omran is **ADJUDGED** guilty of Counts 1 and 2 of the Indictment;

3. The Defendant's interest in the property listed in the forfeiture allegation of the Indictment is **FORFEITED**; and,

4. The Defendant's Jury Trial is **CANCELLED**.

This the 15th day of September, 2023.

Gregory F. Van Tatenhove
United States District Judge